[Nos. 12840-3-II; 13207-9-II; Division Two. March 18, 1993.] 14412-3-II.

THE STATE OF WASHINGTON, *Respondent*, v. RALPH R. FOURMONT, *Appellant*.

*In the Matter of the Personal Restraint of* RALPH R. FOURMONT, *Petitioner*.

Appeals from judgments of the Superior Court for Jefferson County, No. 88-1-00125-7, William E. Howard, J., entered May 5 and August 10, 1989, together with a petition for relief from personal restraint. Judgments *affirmed* and *reversed* and petition *dismissed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Seinfeld, J.

[No. 14932-0-II. Division Two. March 18, 1993.]

WOODWORTH & COMPANY, INC., *Appellant*, v. THE CITY OF TACOMA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 88-2-06535-2, Arthur W. Verharen, J., entered June 28, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Petrich, J.

[No. 11867-3-III. Division Three. March 18, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANNON RONALD DOUGLAS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-01114-7, F. James Gavin, J., entered September 20, 1991. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Munson, J.